**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CIVIL ACTION NO: 1:24-cv-00792-JAG-LPA**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |
| **BATTLEGROUND RESTAURANTS, INC. AND BATTLEGROUND RESTAURANT GROUP, INC.,** | ) | |
| **Defendants.** | ) | |

Plaintiff Equal Employment Opportunity Commission (the "EEOC") and Defendants Battleground Restaurants, Inc. and Battleground Restaurant Group, Inc. ("Defendants") (collectively "the Parties") respectfully move this Court for entry of the attached Consent Decree. The Consent Decree has been agreed upon by the Parties and submitted herewith. The terms of the agreement are intended as a complete resolution of all matters in controversy between the EEOC and Defendants, as fully set forth in the proposed Consent Decree which is filed as an Exhibit to this Motion.

Wherefore, the Parties move this Honorable Court for entry of the proposed Consent Decree.

Dated this the 15th day of August, 2025.

Respectfully submitted:

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


/s/ *Zoë G. Mahood*
ZOË G. MAHOOD
Supervisory Trial Attorney
NC Bar No. 21722
EEOC, Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
Telephone: (984) 275-4809
Email: zoe.mahood@eeoc.gov


ATTORNEY FOR PLAINTIFF


/s/ *Stephen Dellinger*
Stephen Dellinger
NC Bar No. 16609
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, NC 28202
Telephone: 704.972.7010
Email: sdellinger@littler.com


ATTORNEY FOR DEFENDANTS